IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No.:   12-po-00003-GPG

| | |
|---|---|
| UNITED STATES OF AMERICA, | Michelle Heldmyer, AUSA |
| Plaintiff, | |
| v. | |
| JOSEPH S. WAGNER, | Robert Hoban, Attorney for Defendant |
| Defendant. | |

## MINUTE ORDER

This matter is set for Sentencing and Restitution Hearing on May 21, 2013 at 1:00 p.m. before Magistrate Judge Gordon P. Gallagher.