IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No. 12-po-00003-GPG

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JOSEPH WAGNER,
Defendant.

---
## ORDER
---

The Defendant's request to Travel to Puerto Rico from December 6, 2013 through December 18, 2013 is GRANTED. The Defendant must report back, in person, to his Probation Officer, no later than December 20, 2013.

DONE THIS 5TH DAY OF DECEMBER;

BY THE COURT:

Gordon P. Gallagher
Magistrate Judge